Case 1:14-cv-01268-AKH Document 7 Filed 04/11/14 Page 1 of 4
Case 2:14-cv-01268-AKH Document 7 Entered 04/11/14 Page 1 of 4
Case MDL No. 2502   Document 300   Filed 04/11/14   Page 1 of 4

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

A TRUE COPY
ATTEST: ROBIN L. BLUME, CLERK

BY: *Sandra S. Shealy*
DEPUTY CLERK

IN RE: LIPITOR (ATORVASTATIN CALCIUM)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION (NO. II)  MDL No. 2502

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −15)**

On February 18, 2014, the Panel transferred 42 civil action(s) to the United States District Court for the District of South Carolina for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _F.Supp.2d_ (J.P.M.L. 2014). Since that time, 317 additional action(s) have been transferred to the District of South Carolina. With the consent of that court, all such actions have been assigned to the Honorable Richard M Gergel.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of South Carolina and assigned to Judge Gergel.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the District of South Carolina for the reasons stated in the order of February 18, 2014, and, with the consent of that court, assigned to the Honorable Richard M Gergel.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of South Carolina. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Jeffery Lüthi*

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Apr 11, 2014

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

2:14-sm-02502-RMG Date Filed 04/11/14 Entry Number 74 Page 2 of 4
Case 1:14-cv-00258-AWI-SKO Document 7 Filed 04/11/14 Page 2 of 4
Case MDL No. 2502 Document 300 Filed 04/11/14 Page 2 of 4

**IN RE: LIPITOR (ATORVASTATIN CALCIUM)**
**MARKETING, SALES PRACTICES AND**
**PRODUCTS LIABILITY LITIGATION (NO. II)**     MDL No. 2502

### SCHEDULE CTO−15 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|

**ALABAMA NORTHERN**

| | | | |
|---|---|---|---|
| ALN | 1 | 14−00272 | Leraaen et al v. Pfizer Inc |

**ARIZONA**

| | | | |
|---|---|---|---|
| AZ | 2 | 14−00292 | Andolsek et al v. Pfizer Incorporated |

**CALIFORNIA EASTERN**

| | | | |
|---|---|---|---|
| CAE | 1 | 14−00258 | Dorries v. Pfizer Inc. |

**CALIFORNIA NORTHERN**

| | | | |
|---|---|---|---|
| CAN | 3 | 14−00781 | Case et al v. McKesson Corporation et al |

**FLORIDA SOUTHERN**

| | | | |
|---|---|---|---|
| FLS | 0 | 13−62813 | Tromp v. Pfizer, Inc. |

**GEORGIA NORTHERN**

| | | | |
|---|---|---|---|
| GAN | 1 | 14−00560 | Jackson et al v. Pfizer, Inc. |
| GAN | 4 | 14−00039 | Stack et al v. Pfizer, Inc. |

**GEORGIA SOUTHERN**

| | | | |
|---|---|---|---|
| GAS | 6 | 14−00003 | Cook v. Pfizer, Inc. |

**ILLINOIS CENTRAL**

| | | | |
|---|---|---|---|
| ILC | 1 | 14−01067 | Martin v. Pfizer, Inc. |

**ILLINOIS NORTHERN**

| | | | |
|---|---|---|---|
| ILN | 1 | 14−01444 | Hillard v. Pfizer, Inc. |

| | | | |
|---|---|---|---|
| ILN | 1 | 14−01446 | Tagtmeier v. Pfizer, Inc. |

KENTUCKY EASTERN

| | | | |
|---|---|---|---|
| KYE | 0 | 14−00055 | Christy v. Pfizer Inc. |
| KYE | 2 | 14−00058 | Oberding et al v. Pfizer, Inc. |

LOUISIANA WESTERN

| | | | |
|---|---|---|---|
| LAW | 1 | 14−00435 | Mayeux v. Pfizer Inc |
| LAW | 2 | 14−00225 | Quinn v. Pfizer Inc |
| LAW | 3 | 14−00436 | Pierce v. Pfizer Inc |
| LAW | 5 | 14−00466 | Green v. Pfizer Inc |
| LAW | 6 | 14−00437 | Landry v. Pfizer Inc |

MISSISSIPPI NORTHERN

| | | | |
|---|---|---|---|
| MSN | 1 | 13−00241 | Higginbottom v. Pfizer Inc. |

MISSISSIPPI SOUTHERN

| | | | |
|---|---|---|---|
| MSS | 3 | 13−00316 | Taylor v. Pfizer Inc. |

NEW MEXICO

| | | | |
|---|---|---|---|
| NM | 1 | 13−01218 | Montoya v. Pfizer, Inc |
| NM | 1 | 13−01220 | Lopez v. Pfizer, Inc |
| NM | 1 | 13−01221 | White v. Pfizer, Inc |
| NM | 1 | 13−01222 | Hart v. Pfizer, Inc |

NEW YORK SOUTHERN

| | | | |
|---|---|---|---|
| NYS | 1 | 14−00279 | Mack et al v. Pfizer Inc. |

TENNESSEE EASTERN

| | | | |
|---|---|---|---|
| TNE | 1 | 14−00113 | Payne v. Pfizer, Inc. |
| TNE | 1 | 14−00114 | Kelley et al v. Pfizer, Inc. |
| TNE | 3 | 13−00624 | McCulloch v. Pfizer Inc. (TV2) |

TEXAS EASTERN

| | | | |
|---|---|---|---|
| TXE | 4 | 14−00125 | Miller v. Pfizer |

TEXAS SOUTHERN

| | | | |
|---|---|---|---|
| TXS | 4 | 14−00168 | Moye v. Pfizer |
| TXS | 4 | 14−00464 | Rivas v. Pfizer Inc |
| TXS | 4 | 14−00471 | Novak v. Pfizer Inc |

TEXAS WESTERN

| | | | |
|---|---|---|---|
| TXW | 2 | 14−00021 | Hernandez v. Pfizer Inc. |

WEST VIRGINIA SOUTHERN

| | | | |
|---|---|---|---|
| WVS | 1 | 13−27992 | Clack v. Pfizer, Inc. |